**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DYLAN J. STEDMAN**                                                                **PLAINTIFF**
**ADC # 186483**

**v.**                          **CASE NO. 4:26-cv-00050-JM-JTK**

**MICHAEL HORTON, et al.**                                                      **DEFENDANTS**


## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.     Plaintiff's official capacity claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted;

2.     Plaintiff's claims against Defendants Cobbs, Fields, and Hipp are DISMISSED without prejudice for failure to state a claim on which relief may be granted; and

3.     Defendants Cobbs, Fields, and Hipp are TERMINATED as parties to this action.

Dated this 2nd day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE