**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DYLAN J. STEDMAN** **PLAINTIFF**
**ADC # 186483**

**v.** **CASE NO. 4:26-cv-00050-JM-JTK**

**MICHAEL HORTON, et al.** **DEFENDANTS**

# ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Horton's Motion for Summary Judgment on the issue of exhaustion (Doc. No. 20) is GRANTED;

2. Plaintiff's claims against Defendant Horton are DISMISSED without prejudice for failure to exhaust administrative remedies;

3. The Clerk of the Court is directed to CLOSE this action; and

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from any Order adopting these recommendations and accompanying Judgment would not be taken in good faith.

Dated this 1st day of September, 2026.

____________________________________
UNITED STATES DISTRICT JUDGE