**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DYLAN J. STEDMAN** **PLAINTIFF**
**ADC # 186483**

**v.** **CASE NO. 4:26-cv-00050-JM-JTK**

**MILTON HORTON, et al.** **DEFENDANTS**

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 1st day of September, 2026.

UNITED STATES DISTRICT JUDGE